UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

-against-

U.S. DEPARTMENT OF JUSTICE; U.S. DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK,

                Defendants.

23-CV-2974 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff proceeds *pro se*. He brings this action alleging that restrictions have been placed on access to documents that he filed in his pending suit, *Torres v. U.S. Department of Justice*, No. 23-CV-0945 (LTS) (S.D.N.Y.). He seeks access to view the documents that he has filed in that action. The Court directs the Clerk of Court to file the document that is styled as a complaint in this action (ECF 1) as a motion in the suit pending under docket number, 23-CV-0945. Because relief is available, if at all, in that suit, the Court dismisses this action as duplicative, without prejudice to Plaintiff's pursuing relief in the suit under docket number, 23-CV-0945.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgement shall enter.

Dated:  April 10, 2023
           New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                  Chief United States District Judge